**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GURLEY, TINA § | Case No. 10-70155 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    211 South Court Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/23/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/10/2011       By:  /s/JAMES E. STEVENS
                                                               Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: GURLEY, TINA | § | Case No. 10-70155 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,018.92 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,018.92 |
| **Balance on hand:** | $ 5,018.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,018.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,251.89 | 0.00 | 1,251.89 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,251.89 |
| Remaining balance: | $ 3,767.03 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,767.03 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,767.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,635.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 1,432.49 | 0.00 | 78.62 |
| 2 | Roundup Funding, LLC | 376.94 | 0.00 | 20.69 |
| 3 | American Infosource Lp As Agent for | 674.15 | 0.00 | 37.00 |
| 4 | METABANK-FINGERHUT | 477.21 | 0.00 | 26.19 |
| 5 -2 | The Bank of New York Mellon formerly known as The | 61,915.50 | 0.00 | 3,398.21 |
| 6 | Credit First NA | 1,086.21 | 0.00 | 59.62 |
| 7 | Chase Bank USA,N.A | 774.83 | 0.00 | 42.53 |
| 9 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 842.85 | 0.00 | 46.26 |
| 10 | Verizon Wireless | 1,055.09 | 0.00 | 57.91 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,767.03 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2                  Date Rcvd: Feb 22, 2011
Case: 10-70155                Form ID: pdf006             Total Noticed: 65

The following entities were noticed by first class mail on Feb 24, 2011.
 db           +Tina Gurley,    308 Greenbriar Blvd.,    Poplar Grove, IL 61065-7809
 aty          +Gary C Flanders,    1 Court Place Suite 201,    Rockford, IL 61101-1088
 tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                Rockford, IL 61108-2579
14975575      +AT&T,    P.O. Box 6428,    Carol Stream, IL 60197-6428
14975576      +AT&T,    c/o ER Solutions,    P.O. Box 9004,    Renton, WA 98057-9004
14975572      +American General,    c/o Paul Godlewski,    One Court Place Ste 103,    Rockford, IL 61101-1088
14975577       Avenue,    WFNNB Bankruptcy Dept.,    P.O. Box 182125,    Columbus, OH 43218-2125
14975578       Avenue,    c/o World Financial Network,    P.O. Box 182273,    Columbus, OH 43218-2273
14975580      +Capital One,    c/o MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
14975579      +Capital One,    P.O. Box 6482,    Carol Stream, IL 60197-6482
14975581       Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
14975582       Center One,    P.O. Box 91060,    Mobile, AL 36691-1060
15542238      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15485030      +Credit First NA,    P O Box 818011,    Cleveland OH 44181-8011
14975583      +Elk Grove Cardiology,    520 E. 22nd Street,    Lombard, IL 60148-6110
14975584       Elk Grove Radiology,    c/o ICS,    P.O. Box 1010,    Tinley Park, IL 60477-9110
14975585       Elk Grove Radiology S.C.,    75 Remittance Drive Ste 6500,    Chicago, IL 60675-6500
14975586       Fingerhut,    P.O. Box 166,    Newark, NJ 07101-0166
14975587       Firestone Complete Auto Care,    P.O. Box 81344,    Cleveland, OH 44188-0344
14975588       Firestone Complete Auto Care,    c/o Credit First,    P.O. Box 81410,    Cleveland, OH 44181-0410
14975589       Firestone/Client Services,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-4047
14975592      +Jean Reed,    2428 E Kile,    Decatur, IL 62526-2130
14975595       Kay Jewelers,    c/o Weltman,Weinberg& Reis,    175 South 3rd Street Ste 900,
                Columbus, OH 43215-5166
14975597      +Kohls,    c/o Tritium Card Services,    865 Merrick Ave. 4th Floor,    Westbury, NY 11590-6695
15397511      +METABANK-FINGERHUT,    6250 RIDGEWOOD RD,    ST. CLOUD MN 56303-0820
14975598      +Macy's,    111 Boulder Industrial Drive,    Bridgeton, MO 63044-1241
14975599      +Macy's,    c/o Van Ru Credit Corp.,    P.O. Box 46249,    Chicago, IL 60646-0249
14975600      +Magellan Health Services,    1301 E. Collins Blvd. #100,    Richardson, TX 75081-2490
14975601       NB&T,    P.O. Box 59317,    Minneapolis, MN 55459-0317
14975602      +NiCor,    c/o First Revenue Assurance,    P.O.Box 8546,    Omaha, NE 68108-0546
14975604      +Nikki Antongiovanni,    446 Ranch Road,    Elgin, IL 60123-1548
14975607      +OSF Saint Anthony Medical Center,    c/o Rockford mercantile Agency,    2502 S. Alpine Road,
                Rockford, IL 61108-7813
14975606       OSF Saint Anthony Medical Center,    P.O. Box 5065,    Rockford, IL 61125-0065
14975608       Physican Anesthesia Assoc.,    Dept. 4330,    Carol Stream, IL 60122-4330
14975609      +Rockford Orthopedic Assoc.,    P.O. Box 5247,    Rockford, IL 61125-0247
14975610       Rockford Radiology,    P.O. Box 1790,    Brookfield, WI 53008-1790
14975611      +Rosecrance,    1021 N. Mulford Road,    Rockford, IL 61107-3877
14975615       SST Card Services,    P.O. Box 23060,    Columbus, GA 31902-3060
14975616      +SST Card Services,    c/o NCO Financial,    P.O. Box 12100 Dept. 64,    Trenton, NJ 08650-2100
14975613       Sears Card,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
14975614      +Sears Card,    c/o NCO Financial,    P.O. Box 15889,    Wilmington, DE 19850-5889
14975617      +State Street Animal Clinica,    3335 Business Route 20,    Belvidere, IL 61008-7811
14975618       Suburban Surgical Care Specialist,    4885 Hoffman Blvd. Ste 400,    Hoffman Estates, IL 60192-3727
14975619       Target,    P.O. Box 59317,    Minneapolis, MN 55459-0317
14975620      +Target,    c/o Leading Edge Recovery Solutions,    5440 N. Cumberland Ave. Ste 300,
                Chicago, IL 60656-1486
15407392      +The Bank of New York Mellon formerly known as The,    c/o Vericrest Financial, Inc.,
                715 S. Metropolitan, Suite 150,    Oklahoma City, OK 73108-2057
14975621      +Toyota Finance,    P.O. Box 8026,    Cedar Rapids, IA 52408-8026
14975622       UIC Clinic,    P.O. Box 4689,    Rockford, IL 61110-4689
14975623      +Vericrest Financial Inc.,    715 South Metropolitan Ave.,    Oklahoma City, OK 73108-2088
14975626       Verizon Wireless,    c/o Miracle Financial,    52 Armstrong Road,    Plymouth, MA 02360-4807
The following entities were noticed by electronic transmission on Feb 23, 2011.
14975573      +E-mail/PDF: cbp@agfinance.com Feb 23 2011 01:00:36     American General,    5451 E. State Street,
                Rockford, IL 61108-2337
14975574      +E-mail/PDF: cbp@agfinance.com Feb 23 2011 01:00:35     American General Finance,
                5451  E. State Street,    Rockford, IL 61108-2337
15351485       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 23 2011 00:59:34
                American Infosource Lp As Agent for,    World Financial Network National Bank As,    Avenue,
                PO Box 248872,    Oklahoma City, OK  73124-8872
15343314       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 23 2011 00:59:34
                American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
15623715      +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2011 01:01:58
                GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14975590      +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2011 01:01:58     JC Penney,
                GE Money Bank Attn: Bankruptcy Dept,    P.O. Box 103104,    Roswell, GA 30076-9104
14975591       E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2011 01:01:59     JC Penney,
                c/o Professional Bureau of Collect,    9675 Elk Grove- Florin Road,    Elk Grove, CA 95624
14975594       E-mail/Text: ebnsterling@weltman.com                            Kay Jewelers,    P.O. Box 740425,
                Cincinnati, OH 45274-0425
14975596       E-mail/PDF: cr-bankruptcy@kohls.com Feb 23 2011 01:10:07     Kohls,    P.O. Box 2983,
                Milwaukee, WI 53201-2983
14975603       E-mail/Text: rayres@nicor.com                             NiCor Advanced Energy,    P.O. Box 3042,
                Naperville, IL 60566-7042
14975605      +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2011 01:01:59     Old Navy,
                GE Money Bank Attn: Bankruptcy Dept,    P.O. Box 103104,    Roswell, GA 30076-9104
15343451       E-mail/PDF: BNCEmails@blinellc.com Feb 23 2011 01:01:12     Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
```

```
District/off: 0752-3          User: cbachman              Page 2 of 2                  Date Rcvd: Feb 22, 2011
Case: 10-70155                Form ID: pdf006             Total Noticed: 65

The following entities were noticed by electronic transmission (continued)
14975612       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2011 01:01:58      Sam's Club Card,
                 GE Money Bank Attn: Bankruptcy Dept,    P.O. Box 103104,   Roswell, GA 30076-9104
14975625       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 23 2011 00:59:40      Verizon Wireless,
                 P.O. Box 1850,    Folsom, CA 95763-1850
15691303        E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 23 2011 00:59:40      Verizon Wireless,
                 PO Box 3397,   Bloomington, IL 61702-3397
                                                                                            TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                 Rockford, Il 61108-2579
15542239*      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
14975593*      +Jean Reed,   2428 E. Kile,    Decatur, IL 62526-2130
14980989*      +Nikki Antongiovanni,    446 Ranch Road,   Elgin, Il 60123-1548
14975624*      +Vericrest Financial Inc.,    715 South Metropolitan Ave.,    Oklahoma City, OK 73108-2088
                                                                                  TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2011**                        **Signature:**   *Joseph Speetjens*