# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: GURLEY, TINA | § Case No. 10-70155 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $252,109.00 *(without deducting any secured claims)* | Assets Exempt: $20,599.00 |
| Total Distribution to Claimants: $3,767.03 | Claims Discharged Without Payment: $93,093.24 |
| Total Expenses of Administration: $1,251.89 | |

3) Total gross receipts of $ 5,018.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,018.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $237,300.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,031.89 | 1,251.89 | 1,251.89 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 33,770.00 | 131,325.60 | 68,635.27 | 3,767.03 |
| **TOTAL DISBURSEMENTS** | $271,070.00 | $133,357.49 | $69,887.16 | $5,018.92 |

4) This case was originally filed under Chapter 7 on January 19, 2010. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011_____    By: /s/JAMES E. STEVENS_____
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estimate of 2009 tax refund | 1129-000 | 5,018.00 |
| Interest Income | 1270-000 | 0.92 |
| **TOTAL GROSS RECEIPTS** | | **$5,018.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Vericrest Financial Inc. | 4110-000 | 175,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American General c/o Paul Godlewski | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Center One | 4110-000 | 3,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Finance | 4110-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Vericrest Financial Inc. | 4110-000 | 43,600.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 4110-000 | 3,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$237,300.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,251.89 | 1,251.89 | 1,251.89 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 780.00 | 0.00 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,031.89 | 1,251.89 | 1,251.89 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | 1,400.00 | 1,432.49 | 1,432.49 | 78.62 |
| 2 | Roundup Funding, LLC | 7100-000 | 300.00 | 376.94 | 376.94 | 20.69 |
| 3 | American Infosource Lp As Agent for | 7100-000 | 660.00 | 674.15 | 674.15 | 37.00 |
| 4 | METABANK-FINGERHUT | 7100-000 | 470.00 | 477.21 | 477.21 | 26.19 |
| 5 | The Bank of New York Mellon formerly known as The | 7100-000 | N/A | 61,915.50 | 0.00 | 0.00 |
| 5 -2 | The Bank of New York Mellon formerly known as The | 7100-000 | N/A | 61,915.50 | 61,915.50 | 3,398.21 |
| 6 | Credit First NA | 7100-000 | N/A | 1,086.21 | 1,086.21 | 59.62 |
| 7 | Chase Bank USA,N.A | 7100-000 | 775.00 | 774.83 | 774.83 | 42.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Chase Bank USA,N.A | 7100-000 | N/A | 774.83 | 0.00 | 0.00 |
| 9 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | 840.00 | 842.85 | 842.85 | 46.26 |
| 10 | Verizon Wireless | 7100-000 | 1,100.00 | 1,055.09 | 1,055.09 | 57.91 |
| NOTFILED | NiCor Advanced Energy | 7100-000 | 630.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 430.00 | N/A | N/A | 0.00 |
| NOTFILED | NB&T | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Magellan Health Services | 7100-000 | 4,400.00 | N/A | N/A | 0.00 |
| NOTFILED | NiCor c/o First Revenue Assurance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | UIC Clinic | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Card | 7100-000 | 1,025.00 | N/A | N/A | 0.00 |
| NOTFILED | State Street Animal Clinica | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | SST Card Services | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club Card GE Money Bank Attn: Bankruptcy | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Rosecrance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kay Jewelers | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Orthopedic Assoc. | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Physican Anesthesia Assoc. | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Surgical Care Specialist | 7100-000 | 525.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Cardiology | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Radiology S.C. | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | American General | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Firestone Complete Auto Care | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 33,770.00 | 131,325.60 | 68,635.27 | 3,767.03 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 10-70155 | Trustee: | (330420) JAMES E. STEVENS |
| --- | --- | --- | --- |
| Case Name: | GURLEY, TINA | Filed (f) or Converted (c): | 01/19/10 (f) |
| | | §341(a) Meeting Date: | 02/18/10 |
| Period Ending: | 05/11/11 | Claims Bar Date: | 06/28/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | single family residence located at 308, Blvd., P<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking Chase Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 120.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking Guaranty Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 9.00 | 0.00 | DA | 0.00 | FA |
| 5 | savings Chase Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | bed, dresser, sofa, 2 tvs, dvd player, stove, re<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | video tapes and dvds with estimated retail value<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | clothing with estimated retail value of $400.00<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | jewelry with estimated retail value of $1000.00<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | tent with estimated retail value of $60.00<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 30.00 | 0.00 | DA | 0.00 | FA |
| 11 | Life insurance with death benefit only<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | TRS<br>Orig. Asset Memo: Imported from original petition | 9,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-70155
Case Name: GURLEY, TINA

Period Ending: 05/11/11

Trustee: (330420) JAMES E. STEVENS
Filed (f) or Converted (c): 01/19/10 (f)
§341(a) Meeting Date: 02/18/10
Claims Bar Date: 06/28/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| 13 | Retirement plan<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Estimate of 2009 tax refund<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,000.00 | 5,018.00 | DA | 5,018.00 | FA |
| 15 | 2006 Pontiac Torrent subject to security interes<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2006 Mitsubishi Diamonte subject to security int<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 4 dogs<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | hand tools with estimated retail value of $20.00<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 19 | Lawn mower with estimated retail value of $100.0<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 20 | snow blower with estimated retail value of $100.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 21 | purchase money lien against furniture Value $ 80 | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.92 | FA |
| 22 | Assets Totals (Excluding unknown values) | $252,109.00 | $5,018.00 | | $5,018.92 | $0.00 |

**Major Activities Affecting Case Closing:**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-70155 | Trustee: | (330420) | JAMES E. STEVENS |
| Case Name: | GURLEY, TINA | Filed (f) or Converted (c): | 01/19/10 (f) | |
| | | §341(a) Meeting Date: | 02/18/10 | |
| Period Ending: | 05/11/11 | Claims Bar Date: | 06/28/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   December 31, 2010        Current Projected Date Of Final Report (TFR):   February 10, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-70155 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | GURLEY, TINA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******86-65 - Money Market Account |
| Taxpayer ID #: | **-***9183 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/10 | {14} | Tina M. gurley | federal portion of income tax return | 1129-000 | 5,018.00 | | 5,018.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 5,018.12 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,018.42 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,018.71 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,018.75 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,018.79 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,018.83 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,018.87 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,018.91 |
| 02/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 5,018.92 |
| 02/10/11 | | To Account #9200******8666 | tranfser to close money market account | 9999-000 | | 5,018.92 | 0.00 |

| | ACCOUNT TOTALS | 5,018.92 | 5,018.92 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 5,018.92 | |
| | Subtotal | 5,018.92 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $5,018.92 | $0.00 | |

{} Asset reference(s)

Printed: 05/11/2011 06:42 AM V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 10-70155  
Case Name: GURLEY, TINA  
Taxpayer ID #: **-***9183  
Period Ending: 05/11/11

Trustee: JAMES E. STEVENS (330420)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******86-66 - Checking Account  
Blanket Bond: $166,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/11 | | From Account #9200******8665 | tranfser to close money market account | 9999-000 | 5,018.92 | | 5,018.92 |
| 03/23/11 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,251.89, Trustee Compensation; Reference: | 2100-000 | | 1,251.89 | 3,767.03 |
| 03/23/11 | 102 | American Infosource Lp As Agent for | Dividend paid 5.48% on $1,432.49; Claim# 1; Filed: $1,432.49; Reference: | 7100-000 | | 78.62 | 3,688.41 |
| 03/23/11 | 103 | Roundup Funding, LLC | Dividend paid 5.48% on $376.94; Claim# 2; Filed: $376.94; Reference: | 7100-000 | | 20.69 | 3,667.72 |
| 03/23/11 | 104 | American Infosource Lp As Agent for | Dividend paid 5.48% on $674.15; Claim# 3; Filed: $674.15; Reference: | 7100-000 | | 37.00 | 3,630.72 |
| 03/23/11 | 105 | METABANK-FINGERHUT | Dividend paid 5.48% on $477.21; Claim# 4; Filed: $477.21; Reference: | 7100-000 | | 26.19 | 3,604.53 |
| 03/23/11 | 106 | The Bank of New York Mellon formerly known as The | Dividend paid 5.48% on $61,915.50; Claim# 5 -2; Filed: $61,915.50; Reference: | 7100-000 | | 3,398.21 | 206.32 |
| 03/23/11 | 107 | Credit First NA | Dividend paid 5.48% on $1,086.21; Claim# 6; Filed: $1,086.21; Reference: | 7100-000 | | 59.62 | 146.70 |
| 03/23/11 | 108 | Chase Bank USA,N.A | Dividend paid 5.48% on $774.83; Claim# 7; Filed: $774.83; Reference: | 7100-000 | | 42.53 | 104.17 |
| 03/23/11 | 109 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 5.48% on $842.85; Claim# 9; Filed: $842.85; Reference: | 7100-000 | | 46.26 | 57.91 |
| 03/23/11 | 110 | Verizon Wireless | Dividend paid 5.48% on $1,055.09; Claim# 10; Filed: $1,055.09; Reference: | 7100-000 | | 57.91 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,018.92 | 5,018.92 | $0.00 |
| Less: Bank Transfers | | 5,018.92 | 0.00 | |
| Subtotal | | 0.00 | 5,018.92 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $5,018.92 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******86-65 | 5,018.92 | 0.00 | 0.00 |
| Checking # 9200-******86-66 | 0.00 | 5,018.92 | 0.00 |
| | $5,018.92 | $5,018.92 | $0.00 |

{} Asset reference(s)

Printed: 05/11/2011 06:42 AM  V.12.56

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

# BNY MELLON

**10-70155**
**GURLEY, TINA, DEBTOR**
**JAMES E STEVENS (0000330420)**
**TRUSTEE**
6833 STALTER DRIVE
ROCKFORD, IL 61108

**Statement Period**
April 1 - April 30, 2011

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

|  | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** |  |  |  |
| 92009968268666 |  | $3,526.55 | $0.00 |
| **Total** |  | $3,526.55 | $0.00 |

### Important Information Regarding Your Account

ON MONDAY, MAY 30TH, MEMORIAL DAY, BOTH BNY MELLON AND THE BMS BANKING
CENTER WILL BE CLOSED. ANY BANKING TRANSACTIONS CONDUCTED ON THESE DAYS
WILL BE POSTED THE FOLLOWING BUSINESS DAY. THE BMS BANKING CENTER IS
AVAILABLE FOR ASSISTANCE MON-FRI 8AM TO 8PM ET AT (800) 634-7734, OPT 8.
TIP: TO AVOID BUWH, PLEASE SUBMIT W9 FORM SOON AFTER TIN HAS BEEN SUPPLIED.

**As of April 30, 2011, the funds for this case were on deposit in the following institutions as shown below:**
Citi                                                          $0.00
**Grand Total:**                                      **$0.00**

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
April 1 - April 30, 2011

**10-70155**
**GURLEY, TINA, DEBTOR**
**JAMES E STEVENS (0000330420)**

## CHECKING ACCOUNT SUMMARY                                     Account No. 92009968268666

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $3,526.55 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 4 | $(3,526.55) |
| **Ending Balance** | 4 | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01 | CHECK # 0000000107 | $(59.62) |  | $3,466.93 |
| 04/01 | CHECK # 0000000105 | $(26.19) |  | $3,440.74 |
| 04/06 | CHECK # 0000000108 | $(42.53) |  | $3,398.21 |
| 04/28 | CHECK # 0000000106 | $(3,398.21) |  | $0.00 |
| **Totals** |  | $(3,526.55) | $0.00 |  |

(* Indicates a break in the check sequence)    **CHECKS PAID IN NUMERIC ORDER**

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 105 | 04/01 | $26.19 | 107 | 04/01 | $59.62 | 108 | 04/06 | $42.53 |
| 106 | 04/28 | $3,398.21 |  |  |  |  |  |  |

Total Checks Paid: $3,526.55

**As of April 30, 2011, the funds for this account were on deposit in the following institutions as shown below:**
Citi                                              $0.00
**Grand Total:**                                  **$0.00**

**Check Number: 101**    **Pay Date: 03/23/2011  Amount: $1,251.89**





**Check Number: 102**    **Pay Date: 03/30/2011  Amount: $78.62**





**Check Number: 103    Pay Date: 03/29/2011    Amount: $20.69**

THE BANK OF NEW YORK MELLON

Payee: GURLEY, TINA
Case: 10-70155 MB
Dividend paid $ 48% on $376.94, Class 4 2 Filed $576.15, Reference:

JAMES E. STEVENS
4811 STALTER
ROCKFORD IL 61108

Date 03/23/2011

$ ********20.69

JAMES E. STEVENS, Trustee

---Twenty Dollars and 69/100

Payable to: Roundup Funding, LLC
PO Box 91121
Seattle WA 98111-9221

**Check Number: 104    Pay Date: 03/30/2011    Amount: $37.00**

THE BANK OF NEW YORK MELLON

Payee: GURLEY, TINA
Case: 10-70155 MB
Dividend paid $ 48% on $374.15, Class 4 2 Filed $674.15, Reference:

JAMES E. STEVENS
4811 STALTER
ROCKFORD IL 61108

Date 03/23/2011

$ ********37.00

JAMES E. STEVENS, Trustee

---Thirty-Seven Dollars and 00/100

Payable to: American Infosource Lp As Agent for
World Financial Network National Bank As
Avenue, PO Box 248872
Oklahoma City OK 73124-8872

**Check Number: 105**       **Pay Date: 04/00/2011  Amount: $26.19**

THE BANK OF NEW YORK MELLON                    VOID AFTER 90 DAYS        105
                                                                           60-249/433
Case: 10-70155 MB    Debtor: GURLEY, TINA        TID #330420
9200996268666                                    JAMES E. STEVENS
                                                 6833 STALTER
Dividend paid 5.48% on $477.21; Claim 4; Filed $477.21; Reference:   ROCKFORD IL 61108

                                                 Date  03/23/2011     $ *********26.19

---Twenty-Six Dollars and 19/100

Pay to the
Order of: METABANK-FINGERHUT
          6250 RIDGEWOOD RD
          ST. CLOUD MN 56303

                                                 JAMES E. STEVENS, Trustee

⑆000000105⑆ ⑈043302493⑈ 9200996826866⑈              /000000261 9/

6447621330

**Check Number: 106**       **Pay Date: 04/28/2011  Amount: $3,398.21**

THE BANK OF NEW YORK MELLON                    VOID AFTER 90 DAYS        106
                                                                           60-249/433
Case: 10-70155 MB    Debtor: GURLEY, TINA        TID #330420
9200996268666                                    JAMES E. STEVENS
                                                 6833 STALTER
Dividend paid 5.48% on $61,915.50; Claims 5-2; Filed $61,915.50; Reference:   ROCKFORD IL 61108

                                                 Date  03/23/2011     $ *******3,398.21

---Three Thousand Three Hundred Ninety-Eight Dollars and 21/100

Pay to the
Order of: The Bank of New York Mellon formerly known as The
          c/o Vericrest Financial, Inc.
          715 S. Metropolitan, Suite 150
          Oklahoma City OK 73108

                                          APR 27 2011
                                                 JAMES E. STEVENS, Trustee

⑆000000106⑆ ⑈043302493⑈ 9200996826866⑈

**Check Number: 107      Pay Date: 04/01/2011   Amount: $59.62**



**Check Number: 108      Pay Date: 04/06/2011   Amount: $42.53**

**Check Number:** 109     **Pay Date:** 03/30/2011    **Amount:** $46.26





**Check Number:** 110     **Pay Date:** 03/31/2011    **Amount:** $57.91

